JPML FORM 1A

p1

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 460 -- IN RE SAFEWAY STORES, INC. DRIVER AND WAREHOUSE PERSONNEL LABOR DISPUTE LITIGATION

| Date | Ref. | Pleading Description |
|---|---|---|
| 81/03/06 | 1 | MOTION TO TRANSFER, BRIEF, SCHEDULE OF CASES, CERT. OF SVC., ATTACHMENTS -- Pltf. Albert C. Doby, et al. SUGGESTED TRANSFEREE DISTRICT: The D. D. of Columbia SUGGESTED TRANSFEREE JUDGE: (ea) |
| 81/03/16 | | APPEARANCES -- Alan Banov, Esq. for Albert C. Doby, et al.; Stephen R. Lohman, Esq. for Safeway Stores, Inc.; William W. Osborne, Jr., Esq. for Teamsters Local Union No. 592; and Joseph E. Santucci, Jr., Esq. for Int'l Brotherhood of Teamsters, Chauffeurs, Warehousemen and Helpers of America. (ea) |
| 81/03/19 | 2 | MEMORANDUM, CERT. OF SVC. -- Deft. Local 639. (ea) |
| 81/03/19 | | APPEARANCE -- John V. Long, Esq. for Drivers, Chauffers and Helpers Local Union No. 639. (ea) |
| 81/03/19 | 3 | MOTION TO STAY PANEL'S CONSIDERATION OF CONSOLIDATION OF MOTION TO TRANSFER, BRIEF, CERT. OF SVC. -- Teamsters Local Union No. 592 (w/exhibits). (ea) |
| 81/03/23 | | HEARING ORDER -- Setting Motion for Panel hearing in Washington, D.C. on April 30, 1981 (cds) |
| 81/03/23 | 4 | MEMORANDUM, CERT. OF SVC., ATTACHMENTS-Safeway Stores (ea) |
| 81/03/23 | 5 | RESPONSE, CERT. OF SVC. -- The Int'l Brotherhood of Teamsters, Chauffeurs, Warehousemen & Helpers of Amer.(ea |
| 81/04/03 | 6 | RESPONSE TO MOTION FOR STAY -- Doby, et al. -- w/cert. of service (cds) |
| 81/04/09 | 7 | SUPPLEMENTAL RESPONSE -- Safeway Stores, Inc. -- w/cert. of service and Attachment A (cds) |
| 81/04/13 | 8 | REPLY TO PLAINTIFF DOBY'S RESPONSE -- Local 592 -- w/cert. of service (cds) |
| 81/05/07 | | ORDER DENYING TRANSFER -- A-1 Albert C. Doby, et al. v. Safeway Stores, Inc., et al., E.D. Va., C.A. No. 1-0205-R A-2 Albert C. Doby, et al. v. Safeway Store, Inc., et al. D.D.C., C.A. No. 81-0381. Notified involved clerks and judges. (ds) |

JPML Form 1  
Revised: 8/78

DOCKET NO. 460 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: _____

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| 4/30/81 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 5/7/81 | MO (DENIED) | | | | |

Special Transferee Information

DATE CLOSED: _____

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 460 -- In re Safeway Stores, Inc. Driver and Warehouse Personnel Labor Dispute Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Albert C. Doby, et al. v. Safeway Stores, Inc., et al. | E.D.Va. Warriner | 81-0205-R | | | | |
| A-2 | Albert C. Doby, et al. v. Safeway Stores, Inc., et al. | D.D.C. Richey | 81-0381 | | | | |

JPML Form 1

Revised: 8/78

DOCKET NO. 460 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE SAFEWAY STORES, INC. DRIVER AND WAREHOUSE PERSONNEL LABOR DISPUTE LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| 4/30/81 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 5/7/81 | MO (DENIED) | | | | |

Special Transferee Information

DATE CLOSED: _____

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 460 -- IN RE SAFEWAY STORES, INC. DRIVER AND WAREHOUSE PERSONNEL LABOR DISPUTE LITIGATION

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Albert C. Doby, et al. v. Safeway Stores, Inc., et al. | D.D.C. | 81-0381 | | | | |
| A-2 | Albert C. Doby, et al. v. Safeway Stores, Inc., et al. | E.D.Va. Warriner | 81-0205-R | | | | |

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 460 -- IN RE SAFEWAY STORES, INC. DIRVER AND WAREHOUSE PERSONNEL

LABOR DISPUTE LITIGATION

---

ALBERT C. DOBY, ET AL. (A-1 & A-2)
Alan Banov, Esq.
2025 Eye Street, N.W.
Suite 804
Washington, D.C. 20006

SAFEWAY STORES, INC.
Stephen R. Lohman, Esq.
Morgan, Lewis & Bockius
1800 M St., N.W.
Washington, D.C. 20036

TEAMSTERS LOCAL UNION NO. 592
William W. Osborne, Jr., Esq.
Beins, Axelrod & Osborne, P.C.
1511 K Street, N.W.
Suite 300
Washington, D.C. 20005

INTERNATIONAL BROTHERHOOD OF
 TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN
 AND HELPERS OF AMERICA
Joseph E. Santucci, Jr., Esq.
25 Louisiana Avenue, N.W.
Washington, D.C. 20001

DRIVERS, CHAUFFERS AND HELPERS
  LOCAL UNION NO. 639
John V. Long, Esq.
Long, Shaw & Long
7315 Wisconsin Avenue
Suite 850W
Bethesda, Maryland 20014

JPML FORM 3

p. _____

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 460 -- IN RE SAFEWAY STORES, INC. DRIVER AND WAREHOUSE PERSONNEL LABOR DISPUTE LITIGATION

| Name of Party | Named as Party in Following Actions |
|---|---|
| Safeway Stores, Inc. | A-1, A-2 |
| International Brotherhood of Teamsters, Chauffeurs, Warehousemen and Helpers of America | A-1, A-2 |
| Drivers, Chauffeurs and Helpers Local Union No. 639 | A-1, A-2 |
| Teamsters Local Union No. 592 | A-2 |