DOCKET NO. 460

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE SAFEWAY STORES, INC. DRIVER AND WAREHOUSE PERSONNEL LABOR DISPUTE LITIGATION

ORDER DENYING TRANSFER*

The Panel ruled from the bench at the hearing on this matter that while the actions in this litigation share questions of fact, transfer of these actions to a single district pursuant to 28 U.S.C. §1407 for coordinated or consolidated pretrial proceedings would not serve the convenience of the parties and witnesses or promote the just and efficient conduct of the litigation.

IT IS THEREFORE ORDERED that the motion for transfer pursuant to 28 U.S.C. §1407 of the actions listed on the attached Schedule A be, and the same hereby, is DENIED.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

---

\* Judge Fred Daugherty took no part in the decision of this matter.

SCHEDULE A

<u>MDL-460 -- In re Safeway Stores, Inc. Driver and Warehouse Personnel
        Labor Dispute Litigation</u>
        <u>Eastern District of Virginia</u>
<u>Albert C. Doby, et al. v. Safeway Stores, Inc., et al.,</u>
  C.A. No. 81-0205-R
      <u>District of the District of Columbia</u>
<u>Albert C. Doby, et al. v. Safeway Stores, Inc., et al.,</u>
  C.A. No. 81-0301